**大成 DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D    +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

**MEMO ENDORSED**

> Application GRANTED. The action is hereby stayed until June 3, 2021. All deadlines and conferences are hereby adjourned *sine die*. ECF 16 resolved. SO ORDERED.
>
> /s/ Ona T. Wang  Apr. 20, 2021
> U.S.M.J.

April 19, 2021

<u>**VIA ECF**</u>

The Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


Re:     Bishop v. 6S, Inc.: Case No. 1:20-cv-10604 -PGG-OTW


Dear Judge Wang:

We represent defendant 6S, Inc. ("Defendant") in the above-referenced matter.  Together with counsel for plaintiff, Cedric Bishop, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from April 19, 2021 to June 3, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.


                                                Respectfully submitted,


                                                <u>*/s/ Timothy J. Straub*</u>
                                                Timothy J. Straub




cc:     All counsel of record (by ECF)